In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-23-00135-CR

JAYLAN ROCHARD WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. F12-13932

_____

## MEMORANDUM OPINION

The trial court sentenced Jaylan Rochard Williams on March 24, 2014. On May 2, 2023, Williams filed a notice of appeal. We notified the parties that the notice of appeal was filed outside the time for which an extension of time may be granted for filing a notice of appeal. *See* Tex. R. App. P. 26.2(a), 26.3. In a response to the Court's notice, Appellant's appointed appellate counsel noted that Williams's conviction in this case had been affirmed in an earlier appeal and the notice of appeal

1

that Williams filed on May 2, 2023, had been filed too late to perfect an appeal.[1] We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 13, 2023
Opinion Delivered June 14, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1] *See generally Williams v. State*, No. 09-14-00194-CR, 2016 WL 5417449, at *1 (Tex. App.—Beaumont Sept. 28, 2016, pet. ref'd) (mem. op., not designated for publication).